# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>                Plaintiff,<br><br>    v.<br><br>S. LOPEZ, et al.,<br><br>                Defendants.<br>_____ / | CASE NO. 1:09-cv-01874-AWI-BAM PC<br><br>ORDER DENYING MOTION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. ECF No. 41)<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH COPY OF THE LOCAL RULES |

      Plaintiff Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2012, a discovery and scheduling order issued opening discovery in this action. (ECF No. 39.) On August 6, 2012, Plaintiff filed a motion to amend the discovery motion deadline and requested a copy of the Local Rules. (ECF No. 41.)

      Plaintiff requests the discovery motion date, which he states is set for September 23, 2012, to be extended by ninety days. The discovery and scheduling order established the discovery cut-off date as March 23, 2013, and any motions to compel discovery must be filed by this date. (Discovery and Scheduling Order ¶ 8, ECF No. 39.) The date that Plaintiff seeks to extend is the date for Defendants to file a motion to dismiss this action for failure to exhaust administrative remedies.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion to amend the scheduling order, filed August 6, 2012, is HEREBY DENIED; and

///

1

2.      The Clerks' Office is directed to send a copy of the Local Rules to Plaintiff.


IT IS SO ORDERED.

**Dated:      August 15, 2012**                               **/s/ Barbara A. McAuliffe**
                                                                                       UNITED STATES MAGISTRATE JUDGE