# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. LOPEZ, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01874-AWI-BAM PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS ARAICH AND SHITTU<br><br>(ECF No. 39)<br><br>Amended Unenumerated Rule 12(b)<br>Motion Deadline: 01/04/13 |

　　　　Defendants Araich and Shittu filed an answer to Plaintiff's amended complaint on November 13, 2012. Accordingly, application of the discovery and scheduling order filed on July 23, 2012, is HEREBY EXTENDED to Defendants Araich and Shittu, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **January 4, 2013**, as to Defendants Araich and Shittu. All other dates shall remain unchanged.

　　　　IT IS SO ORDERED.

**Dated:　November 15, 2012**　　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1