# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, ) | 1:09-cv-01874-AWI-BAM (PC) |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATIONS REGARDING |
| v. ) | DEFENDANT ASHBY'S MOTION TO |
| ) | DISMISS PLAINTIFF'S FIRST AMENDED |
| S. LOPEZ, et al., ) | COMPLAINT (ECF Nos. 53, 69) |
| ) | |
| Defendants. ) | ORDER GRANTING PLAINTIFF LEAVE |
| ) | TO AMEND HIS COMPLAINT |
| ) | |
| ) | THIRTY-DAY DEADLINE |

Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S. C. § 1983 on October 26, 2009. This action proceeded on Plaintiff's first amended complaint against Defendants Araich, Chen, Shittu, Ashby, S. Lopez, Spaeth and Schaefer for deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment. On November 8, 2012, Defendant Jonathan Ashby, D.O., filed a motion to dismiss the first amended complaint against him for failure to state a claim. (ECF No. 53.)

On April 2, 2013, the Magistrate Judge issued Findings and Recommendations that Defendant Ashby's motion to dismiss the first amended complaint for failure to state a claim against him be GRANTED. The Magistrate Judge also recommended that Plaintiff be granted leave to amend his claim for deliberate indifference in violation of the Eighth Amendment against Defendant Ashby. (ECF No. 69.) The Findings and Recommendations were served on the parties and contained notice that any objections should be filed within 21-days after service.

1

1  On April 29, 2013, the Court granted Plaintiff a thirty-day-extension of time to file his
2  objections. (ECF No. 72.) On May 30, 2013, Plaintiff filed his objections. (ECF No. 73.)
3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted
4  a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's
5  objections, the Court finds the findings and recommendations to be supported by the record and
6  by proper analysis. While Plaintiff has alleged further facts in his objections, these facts are not
7  stated in the complaint. Plaintiff will be given leave to amend the allegations against Defendant
8  Ashby.
9       Accordingly, it is HEREBY ORDERED as follows:
10   1. The Findings and Recommendations issued on April 2, 2013, are adopted in full;
11   2. Defendant Ashby's motion to dismiss the first amended complaint for failure to state
12      a claim against him is GRANTED;
13   3. The Clerk's Office shall send Plaintiff a civil rights complaint form;
14   4. Plaintiff is GRANTED leave to amend his claim for deliberate indifference in
15      violation of the Eighth Amendment against Defendant Ashby;
16      a. Plaintiff's second amended complaint shall be filed within **thirty (30) days** of
17         the date of service of this order;
18      b. Plaintiff is advised that an amended complaint supersedes the original
19         complaint. <u>Lacey v. Maricopa Cnty.</u>, 693 F.3d 896, 927 (9th Cir. 2012) (en
20         banc). Therefore, Plaintiff's amended complaint must be "complete in itself
21         without reference to the prior or superseded pleading." Local Rule 220; and
22   5. If Plaintiff fails to comply with this order, this action will be dismissed as to
23      Defendant Ashby for failure to obey a court order.

IT IS SO ORDERED.

Dated: June 26, 2013

          SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28