# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, | ) 1:09-cv-1874-AWI-BAM (PC) |
| Plaintiff, | ) ORDER RE: PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | ) |
| S. LOPEZ, et al., | ) (ECF No. 77) |
| Defendants. | ) FOURTEEN-DAY DEADLINE |

Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 31, 2012, the Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it stated an Eighth Amendment claim against Defendants Araich, Chen, Shittu, Ashby, S. Lopez, Spaeth, and Schaefer for deliberate indifference to his medical needs.  (ECF No. 31.)  Following service of the first amended complaint, Defendants Chen, Lopez, Schaefer and Spaeth filed an answer to the complaint on July 19, 2012, and the Court opened discovery in this matter on July 23, 2012.  (ECF Nos. 37, 39.)

On November 8, 2012, Defendant Ashby filed a motion to dismiss for failure to state a claim.  (ECF No. 53.)

On November 13, 2012, Defendants Shittu and Araich filed an answer to the first amended complaint.  (ECF No. 54.)

1

On June 26, 2013, the Court granted Defendant Ashby's motion to dismiss and granted Plaintiff leave to amend his claim for deliberate indifference in violation of the Eighth Amendment against Defendant Ashby. (ECF No. 74.)

On August 29, 2013, Plaintiff filed his second amended complaint, which names Defendant Ashby as the sole defendant. (ECF No. 77.)

Plaintiff's second amended complaint supercedes his first amended complaint. <u>Lacey v. Maricopa Cnty.</u>, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). As Plaintiff only names Defendant Ashby in his second amended complaint, it is unclear whether Plaintiff understood that he could continue to pursue his claims against all defendants following the motion to dismiss or whether he intends to proceed in this action solely against Defendant Ashby. In order to proceed against Defendants Araich, Chen, Shittu, S. Lopez, Spaeth, and Schaefer for deliberate indifference to his medical needs, his complaint must have included claims against these defendants and he could not rely on his first amended complaint.

Accordingly, Plaintiff is hereby directed to inform the Court within fourteen (14) days from service of this order if (1) he intends to proceed only against Defendant Ashby; or (2) he intends to proceed against Defendants Araich, Chen, Shittu, S. Lopez, Spaeth and Schaefer, *along with Defendant Ashby*, for deliberate indifference to his medical needs and he requires additional time to file a third amended complaint.

IT IS SO ORDERED.

Dated: **September 3, 2013**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE