UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>           Plaintiff,<br><br>      v.<br><br>S. LOPEZ, et al.,<br><br>           Defendants. | Case No.: 1:09-cv-01874-AWI-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br>(ECF Nos. 106, 107)<br><br>FOURTEEN DAY DEADLINE |

On November 18, 2013, Plaintiff filed a third amended complaint in this action. (ECF No. 90.) On December 2, 2013, Defendant Schaefer filed a motion to dismiss for failure to state a claim. (ECF No. 94.) On the same date, Defendants Araich, Chen, Lopez, Shittu and Spaeth filed a motion to dismiss and Defendant Ashby filed a motion to dismiss. (ECF Nos. 95, 95.) Plaintiff twice requested and was granted extensions of time to file his oppositions to the motions. Plaintiff's opposition was due on March 17, 2014. (ECF Nos. 99, 104.)

In lieu of an opposition, on April 3, 2014, Plaintiff filed a motion for temporary restraining order and preliminary injunction, along with multiple requests for judicial notice. Certain papers were dated March 11, 2014, before the opposition deadline, and others were dated March 28, 2014, after the opposition deadline. (ECF Nos. 106, 107, 108, 109, 110.) Plaintiff reportedly mailed his motion to the Court on March 11, 2014, but it was returned by the Clerk of the Court. Plaintiff re-sent his

1

motion on March 31, 2014.  (ECF No. 109.)  Plaintiff filed a fourth request for judicial notice on April 9, 2014.  (ECF No. 111.)

In his papers, Plaintiff complains that correctional officers have been preventing him from accessing the law library, his legal documents and other materials.  Plaintiff also reports being moved from his yard, having his legal papers confiscated and overhearing threats that persons were "going to get rid of him."  (ECF No. 111.)

Given the nature of Plaintiff's assertions, Defendants are directed to submit a response to Plaintiff's motion for a temporary restraining order within fourteen (14) days after service of this order.

IT IS SO ORDERED.

Dated: __April 10, 2014__                   /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE