# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, | ) 1:09-cv-01874-AWI-BAM (PC) |
| Plaintiff, | ) ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |
| vs. | ) |
| S. LOPEZ, et al., | ) |
| Defendants. | ) |

    Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on October 26, 2009.  On July 1, 2014, the Court denied Plaintiff's motions for temporary restraining order.  Plaintiff filed a notice of interlocutory appeal on July 15, 2014.

    On July 17, 2014, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith.  28 U.S.C. § 1915(a)(3).

    The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __July 18, 2014__             /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE