# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>        Plaintiff,<br><br>  v.<br><br>S. LOPEZ, et al.,<br><br>        Defendants. | 1:09-cv-01874-AWI-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITIONS OR STATEMENTS OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF Nos. 94, 95, 96, 99, 104) |

       Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2013, Defendants filed three separate motions to dismiss. On December 26, 2013, Plaintiff requested an extension of time to file his oppositions to the motions to dismiss. The Court granted his request and Plaintiff's oppositions to the motions to dismiss were due on or before February 13, 2014. (ECF No. 99.) On February 13, 2014, Plaintiff requested a second extension of time to file his oppositions to the motions to dismiss. The Court granted his request and Plaintiff's oppositions to the motions to dismiss were due on or before March 17, 2014. (ECF No. 104.)

       On April 3, 2014, Plaintiff filed a motion for temporary restraining order. Following denial of his motion, Plaintiff submitted an interlocutory appeal to the Ninth Circuit Court of Appeals. On October 1, 2014, the Ninth Circuit granted Plaintiff's request for voluntary dismissal of his interlocutory appeal and issued its mandate. (ECF No. 130.)

       Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motions within twenty-one (21) days. **Plaintiff is**

1

**warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 6, 2014**        /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE