# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, | ) 1:09-cv-01874-AWI-BAM (PC) |
| Plaintiff, | ) ORDER REQUIRING DEFENDANT |
| v. | ) ASHBY TO PROVIDE EXPEDIENT |
|  | ) RESPONSE TO PLAINTIFF'S MOTION |
| S. LOPEZ, et al., | ) FOR PRELIMINARY INJUNCTION |
| Defendants. | ) |

Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2015, Plaintiff filed a motion requesting emergency injunctive relief, stating he is facing an imminent danger of harm because Defendant Ashby, a physician, is currently assigned to provide Plaintiff medical care, which has caused Plaintiff to refuse treatment. (ECF No. 165.) Due to the nature of Plaintiff's allegations, the Court requires an expedited response from Defendant Ashby.

Accordingly it is HEREBY ORDERED that Defendant Ashby shall file and serve a response to Plaintiff's motion for a preliminary injunction, (ECF No. 165), on or before December 30, 2015.

IT IS SO ORDERED.

Dated:   **December 18, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE