# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. LOPEZ, et al.,<br><br>　　　　　Defendants. | 1:09-cv-01874-AWI-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTIONS TO COMPEL, MOTION TO DETERMINE SUFFICIENCY OF ANSWERS OR OBJECTIONS<br><br>(ECF Nos. 170, 171, 172, 173)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants Schaefer, Araich, Chen, Shittu, and Ashby for Eighth Amendment deliberate indifference.

On February 18, 2016, Defendant Asbhy filed a motion to compel certain discovery responses. (ECF No. 170.) On February 29, 2016, Defendants Araich, Chen, Shittu filed two motions to compel certain discovery responses, (ECF Nos. 171, 173), and a motion to determine the sufficiency of answers or objections, (ECF No. 172). The time for Plaintiff to file any opposition to these motions has expired, and Plaintiff has not responded. Local Rule 230(l).

///

Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motions, listed above, (ECF No. 170, 171, 172, and 173), within thirty (30) days. Any request for an extension of time to comply with this order will require a showing of good cause. **Plaintiff is warned that the failure to comply with this order may result in the imposition of sanctions, up to and including the dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 20, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE