# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, | Case No. 1:09-cv-01874-AWI-BAM (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | Date: Thursday, February 8, 2018 |
| LOPEZ, et al., | Time: 11:00 a.m. |
| Defendants. | |

Plaintiff Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants Schaefer, Araich, Chen, Shittu, and Ashby for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On August 17, 2017, the Court issued three orders resolving various pending discovery motions. (ECF Nos. 199, 200, 201.) Within thirty (30) days from service of those orders, Plaintiff was ordered to: (1) serve amended answers to Defendant Shittu's Requests for Admissions, Set One, Numbers 1–9 and 12–18; (2) serve responses, without objections, to Defendant Shittu's Request for Admissions, Set Two, and Interrogatories, Set Two; (3) serve supplemental responses to Defendants Chen, Araich, and Schaefer's Interrogatories Nos. 3–12; (4) serve supplemental responses to Defendant Shittu's Interrogatories Nos. 1–9, and 12–18; and (5) serve supplemental responses to Defendants' Request for Production of Documents 3–10 and

13–21.  (Id.)

On August 22, 2017, the Court issued an order requiring Plaintiff, within thirty (30) days from service of that order, to serve Defendant Ashby with supplemental responses to Interrogatories 1, 2, 5–8, and 10–15, without objections, and supplemental responses to Requests for Production of Documents 1–7 and 9.  (ECF No. 202.)

Following two extensions of time, Plaintiff's responses to Defendant Ashby were due on or before November 27, 2017.  (ECF No. 211.)  Following three extensions of time, Plaintiff's responses to Defendants Shittu, Chen, and Araich are currently due on or before January 8, 2018.  (ECF No. 218.)

In response to the Court's order requiring the parties to notify the Court whether a settlement conference would be beneficial, all parties expressed an interest in settlement discussions.  (ECF Nos. 213–216.)  However, Defendants sought full discovery responses from Plaintiff prior to any settlement conference.  In light of Plaintiff's outstanding responses, the Court found it appropriate to hold a telephonic status conference on December 14, 2017.  (ECF No. 218.)

At the telephonic status conference, the Court heard from the parties regarding the status of Plaintiff's discovery responses.  Counsel for Defendant Ashby indicated that partial responses had been received, and Plaintiff represented that the remaining responses would be mailed to counsel shortly.  With respect to the discovery responses outstanding for Defendants Schaefer, Shittu, Araich, and Chen, Plaintiff indicated that he did not anticipate requiring any future extensions of time beyond the current January 8, 2018 deadline.  As discussed on the record, the Court cautions Plaintiff that no further extensions of time to respond to Defendants' discovery requests will be granted.

The Court finds it appropriate to set a further telephonic status conference for February 8, 2018, at 11:00 a.m.  Defendants shall be prepared to discuss whether Plaintiff's discovery responses were received, reviewed, and whether they are adequate.  In addition, the parties shall address whether they still believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

Based on the foregoing, the Court HEREBY ORDERS as follows:

1. Plaintiff's discovery responses to Defendants Shittu, Schaefer, Chen, and Araich remain due on or before **January 8, 2018**; and

2. This matter is set for a telephonic status conference on **Thursday, February 8, 2018, at 11:00 a.m.** before the undersigned. The parties shall appear telephonically by using the following dial-in number and passcode at the time set for the hearing: dial-in number 1-877-411-9748; passcode 3190866. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the litigation coordinator at the institution where Plaintiff is housed.

IT IS SO ORDERED.

Dated: **December 14, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE