| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| BILAL AHDOM, | Case No. 1:09-cv-01874-AWI-BAM (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE MARCH 8, 2018 FINDINGS AND RECOMMENDATIONS (ECF No. 232) ON PLAINTIFF |
| v. | |
| LOPEZ, et al., | |
| Defendants. | ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2018, a telephonic hearing was held on Defendants' pending motion for terminating sanctions. At the hearing, argument was heard on the record from all parties. On March 8, 2018, the Court issued findings and recommendations that Defendants' motion for terminating sanctions be granted and this action dismissed for failure to comply with a court order. (ECF No. 232.) The parties were advised to file any objections within fourteen (14) days. (Id. at 15.)

Currently before the Court is Plaintiff's notice of change of address and attached "Administrative Notice of Litigative Ability," which is dated March 3, 2018, and was filed with the Court on March 9, 2018. (ECF No. 233.) Plaintiff states that he was "adversely" transferred

1

to Salinas Valley State Prison on February 28, 2018. Plaintiff states that upon arrival, he discovered that his electrical appliances, including his typewriter, were destroyed. In addition, Plaintiff learned on or about March 3, 2018 that the facility law library is open a maximum of two days per week, and may only be accessed by inmates who are on a list and called to the library by the librarian. Plaintiff argues that he has been adversely affected by the transfer, and his ability to effectively research and prepare proper court filings are also potentially affected by the transfer.[1] (Id.)

Pursuant to Plaintiff's notice of change of address, the Court finds it appropriate to re-serve the March 8, 2018 findings and recommendations and to allow Plaintiff a brief extension of time to file any objections.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the Court's March 8, 2018 findings and recommendations, (ECF No. 232), on Plaintiff at his current address of record;
2. Plaintiff shall file any written objections to the Court's findings and recommendations **fourteen (14) days** from the date of service of this order; and
3. <u>No extensions of time will be granted without a showing of good cause</u>.

IT IS SO ORDERED.

Dated: **March 13, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that, although provided with the opportunity to do so at the March 6, 2018 hearing, Plaintiff did not inform the Court that he had been transferred to another institution one week earlier, or that he had any concerns regarding his property or access to the institution's law library. In addition, while Plaintiff states that his affidavit is in support of his pending motion to compel and his opposition to Defendants' motion for sanctions, he does not request any particular relief. In an abundance of caution, the Court has reviewed the affidavit in reference to Defendants' motion for sanctions and Plaintiff's motion to compel, and it does not change the Court's analysis in the pending findings and recommendations.