# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>           Plaintiff,<br><br>     v.<br><br>ARAICH, et al.,<br><br>           Defendants. | Case No. 1:09-cv-01874-AWI-BAM (PC)<br><br>Appeal No. 18-16999<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Bilal Ahdom, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2018, the Court granted Defendants' motion for terminating sanctions and dismissed this action, with prejudice, due to Plaintiff's failure to comply with a court order. (ECF Nos. 238, 239.) On October 12, 2018, Plaintiff filed a notice of appeal. (ECF No. 240.)

On October 23, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:  **October 24, 2018**              /s/ *Barbara A. McAuliffe*              
                                                             UNITED STATES MAGISTRATE JUDGE

1